**Oliver P. M. GOSS and Ralph H. Rawson, Appellants, v. HENRY McCLEARY TIMBER COMPANY, a Corporation, Appellee.**

No. 7712.

Circuit Court of Appeals, Ninth Circuit.

March 2, 1936.

Richard J. Cook, of Seattle, Wash., for appellant.

W. H. Abel, of Montesano, Wash., and T. H. McKay, of Aberdeen, Wash., for appellee.

Before WILBUR, DENMAN, and HANEY, Circuit Judges.

WILBUR, Circuit Judge.

The motion to dismiss the appeal is denied. Reference is made to the opinion of Judges Wilbur, Garrecht, and Mathews in the above-entitled matter filed herewith. 82 F.(2d) 476.